## S8900023. STEVENSON v. WHISNANT.
(381 SE2d 515)

PER CURIAM.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson*,

251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur, except Weltner, J., not participating.*

DECIDED JUNE 8, 1989.

Jimmy Lee Stevenson, *pro se.*
*Douglas C. Pullen, District Attorney,* for appellee.